## UNITED STATES of America, Plaintiff–Appellee

v.

## Luis Raul RAMIREZ–PALOMO, Defendant–Appellant.

### No. 06–50444
### Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Louis Elias Lopez, Law Office of Louis E. Lopez, El Paso, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Luis Raul Ramirez–Palomo appeals his concurrent 108–month sentences for importing and possessing with the intent to distribute cocaine. Ramirez–Palomo argues that his Sixth Amendment right to a jury trial was violated because the district court found facts used to determine his guideline range of imprisonment. "[W]ith the mandatory use of the Guidelines excised, the Sixth Amendment will not impede a sentencing judge from finding all facts relevant to sentencing." *United States v. Johnson,* 445 F.3d 793, 798 (5th

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 2884, 165 L.Ed.2d 908 (2006). The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.